■ In the Matter of LORRAINE GOFF, Respondent, v. JAMES MACMILLAN, Appellant.— Motion by petitioner-respondent for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ In the Matter of JACOB OLINER et al., Petitioners, v. FRANK H. COYNE, as Official Referee of the Supreme Court, et al., Respondents.— Motion by petitioners for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ MICHAEL P. GRACE, II, Individually and as a Trustee of JANET GRACE, Deceased, Appellant, v. DEEPDALE, INC., et al., Respondents. CORINNE GRACE, as Guardian ad Litem for MICHAEL P. GRACE, JR., an Infant, Plaintiff, v. JOSEPH P. GRACE, JR., et al., Defendants.— Motion by respondents O'Dwyer & Bernstein to dismiss appeal, granted, with $10 costs; appeal dismissed. Beldock, P. J., Ughetta, Brennan and Hopkins, JJ., concur; Christ, J., not voting.

■ STELLA JOSEPH, Appellant, v. NAT ZUCKER, Respondent.— Motion by plaintiff for leave to appeal to this court from an order of the Appellate Term of the Supreme Court which affirmed a judgment of the City Court of the City of New York. Motion granted. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

## (September 21, 1962)

■ In the Matter of EMPIRE STATE MASTER HAIRDRESSERS' ASSOCIATION, INC., Appellant, v. JOURNEYMEN BARBERS, HAIRDRESSERS, COSMETOLOGISTS AND PROPRIETORS INTERNATIONAL UNION OF AMERICA, LOCAL 17 A, AFL-CIO, Respondent.— Motion by appellant for a stay, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 5, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SEYMOUR WEINSTEIN, Respondent, v. JOHN B. FOGERTY, Appellant.— Motion by appellant for a stay, pending appeal, granted upon the consent of the respondent, on condition that appellant perfect the appeal and be ready to argue or submit it at the November Term, beginning October 22, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before October 5, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (September 24, 1962)

■ In the Matter of HERBERT J. WINEGAR.— Application by an attorney from the State of Maryland for admission to practice as an attorney and counselor at law in this State. Application withdrawn by the applicant. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ARTHUR GRADSTEIN, Appellant, v. MARTIN HOFFMAN et al., Respondents.— On the call of the calendar, upon motion of respondent Breitfeller Motors, Inc., appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 14, 1962, requiring him to perfect his appeal for the September 1962 Term. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.